**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Muhammad K. Abbasi            CHAPTER 13
               Debtor(s)

                                                BKY. NO. 20-13321 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                                              Respectfully submitted,

                                              /s/Rebecca A. Solarz
                                              Rebecca Solarz
                                              18 Aug 2020, 16:28:27, EDT

                                              KML Law Group, P.C.
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA 19106-1532
                                              (215) 627-1322