**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.:  20-13321-ELF |
| | ) | |
| MUHAMMED K ABBASI, | ) | |
| | ) | |
| | ) | |
| Debtor | ) | CHAPTER 13 |

**CERTIFICATE OF SERVICE**

I hereby certify that service upon all interested parties was made by sending true and correct copies of Proof of Claim No. 16 by first class mail or by electronic means on the 21st day of October, 2020, to the parties indicated below:

Muhammed K Abbasi
747 Clinton Avenue
Bensalem, PA 19020

Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

William C. Miller, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

Frederic J. Baker, U.S. Trustee
Office of United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

   /s/ Jason Brett Schwartz
Jason Brett Schwartz, Esquire