# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Muhammad K. Abbasi <br>                             Debtor | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assigns <br>                             Movant <br>       vs. | NO. 20-13321 ELF |
| Muhammad K. Abbasi <br>                             Debtor | |
| William C. Miller, Esquire <br>                             Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

    Kindly withdraw the Objection to Confirmation of Nationstar Mortgage LLC d/b/a Mr. Cooper, which was filed with the Court on or about September 8, 2020 (Document No. 14).

                                                Respectfully submitted,

                                                **/s/ Rebecca A. Solarz, Esquire**
                                                Rebecca A. Solarz, Esquire
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA  19106
                                                215-627-1322

November 9, 2020