### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Muhammad K. Abbasi<br>　　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　　　　　　　　　Movant<br>　　vs.<br>Muhammad K. Abbasi<br>　　　　　　　　　　　Debtor(s)<br>William C. Miller Esq.<br>　　　　　　　　　　　Trustee | NO. 20-13321 ELF<br><br>11 U.S.C. Section 362 |

### MOTION OF NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
### FOR RELIEF FROM THE AUTOMATIC STAY
### UNDER SECTION 362

1.　Movant is Nationstar Mortgage LLC d/b/a Mr. Cooper.

2.　Debtor(s) is the owner(s) of the premises 747 Clinton Avenue, Bensalem, PA 19020, hereinafter referred to as the mortgaged premises.

3.　Movant is the holder of a mortgage, original principal amount of $206,186.00 on the mortgaged premises that was executed on . Said mortgage was recorded on September 13, 2016 in Instrument Number 2016055659. The Mortgage was subsequently assigned to Movant by way of Assignment of Mortgage recorded on September 17, 2020, in Instrument Number 2020064133 in Bucks County.

4.　William C. Miller Esq., is the Trustee appointed by the Court.

5.　The commencement and/or continuation of the mortgage foreclosure proceedings by reason of non-payment of monthly mortgage payments were stayed by the filing of a Chapter 13 Petition in Bankruptcy by the Debtor(s).

6.　As of October 29, 2020, the total payoff on the mortgage is $195,990.00.

7.　Debtor(s) has failed to make the monthly post-petition mortgage payments in the amount of $1,469.30 for the months of September 2020 through November 2020.

8.　The total amount necessary to reinstate the loan post-petition is $4,407.90.

9.　Movant is entitled to relief from stay for cause.

10. This motion and the averments contained therein do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this motion, including fees and costs, due under the terms of the mortgage and applicable law.

WHEREFORE, Movant prays that an Order be entered modifying the Stay and permitting Movant to proceed with its mortgage foreclosure on the mortgaged premises, and to allow the Sheriff's Grantee to take any legal action to enforce its right to possession of the mortgage premises. Further, Movant prays that an Order be entered awarding Movant the costs of this suit, reasonable attorney's fees in accordance with the mortgage document and current law together with interest.

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant