# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Muhammad K. Abbasi <br>       Debtor | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper <br>       Movant <br> vs. | NO. 20-13321 ELF |
| Muhammad K. Abbasi <br>       Debtor | |
| William C. Miller, Esquire <br>       Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief from Stay of Nationstar Mortgage LLC d/b/a Mr. Cooper, which was filed with the Court on or about **December 16, 2020 (Document No. 38).**

                                           Respectfully submitted,

                                           **/s/ Rebecca A. Solarz, Esquire**
                                           Rebecca A. Solarz, Esquire
                                           KML Law Group, P.C.
                                           BNY Mellon Independence Center
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA  19106
                                           215-627-1322

January 14, 2021