## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MUHAMMED K. ABBASI, | ) | |
| a/k/a MUHAMMAD ABBASI, | ) | |
|         Debtor, | ) | CASE No.: 20-13321-ELF |
| | ) | |
| PHILADELPHIA FEDERAL | ) | |
| CREDIT UNION, | ) | **HEARING DATE:** |
|         Movant | ) | Tuesday, March 30, 2021 |
| vs. | ) | 9:30 a.m. |
| | ) | |
| MUHAMMED K. ABBASI, | ) | **LOCATION:** |
| a/k/a MUHAMMAD ABBASI, | ) | U.S. Bankruptcy Court |
|         Respondent | ) | Eastern District of Pennsylvania |
| and | ) | Courtroom #1 |
| WILLIAM C. MILLER | ) | 900 Market Street |
|         Trustee | ) | Philadelphia, PA 19107 |

## **MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, comes the above-captioned Movant, Philadelphia Federal Credit Union ("PFCU"), by and through their attorneys, Mester & Schwartz, P.C., who files this Motion based upon the following:

1. The Movant is a federal credit union having a principal place of business located at 12800 Townsend Road, Philadelphia, Pennsylvania.

2. The Respondent Muhammed Abbasi is an individual who resides at 747 Clinton Avenue, Bensalem, Pennsylvania, who has filed a Petition under Chapter 13 of the Bankruptcy Code.

3. On or about March 20, 2019, Muhammed Abbasi entered into a Closed-End Note, Disclosure, Loan and Security Agreement ("Contract") with PFCU involving a loan in the amount of $18,707.30 for the refinance of a 2016 Dodge Truck Journey ("vehicle").

4. The vehicle secured has V.I.N. 3C4PDCAB8GT164601.

5. The above - described vehicle is encumbered by a lien with a principal balance in the amount of $14,779.55 plus other appropriate charges through March 2, 2021, though subject to change. The regular monthly payment is $288.36 at the interest rate of 3.49%.

6. The priority of the lien is first priority.

7. Applying the most recent payments received to the earliest payments owed, post-petition payments have been missed totaling $865.08, plus all applicable late charges through March 1, 2021 though subject to change.

8. The adjusted retail value of the vehicle in question is $13,475.00.

9. The vehicle is not necessary to an effective reorganization.

10. The Movant is the only lienholder of record with regard to the vehicle.

11. In order to proceed with repossession and liquidation of the vehicle, relief from the automatic stay must be obtained.

12. The vehicle is a rapidly depreciating asset. Movant requests the waiver of Rule 4001 (a) (3).

13. The Movant has incurred attorney's fees and costs with respect to this motion for relief.

WHEREFORE, Movant prays for Your Honorable Court to enter an Order permitting the Movant to proceed with the repossession proceedings of the aforementioned vehicle.

> Respectfully submitted,
>
> MESTER & SCHWARTZ, P.C.
>
> BY:   /s/ Jason Brett Schwartz
> Jason Brett Schwartz, Esquire
> Attorney for Movant
> 1917 Brown Street
> Philadelphia, PA 19130
> (267) 909-9036