United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 20-13321-elf

Muhammed K Abbasi                                                          Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 06, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Muhammed K Abbasi, 747 Clinton Avenue, Bensalem, PA 19020-7069 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2021                    Signature:            /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Muhammed K Abbasi brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Philadelphia Federal Credit Union jschwartz@mesterschwartz.com |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2                    User: admin                    Page 2 of 2
Date Rcvd: Apr 06, 2021                 Form ID: pdf900                 Total Noticed: 1
TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:                                ) | CHAPTER 13 |
|       )  | |
|     MUHAMMED K. ABBASI,   ) | |
|     a/k/a MUHAMMAD ABBASI,   ) | |
|            Debtor,   ) | CASE No.: 20-13321-ELF |
| _____  ) | |
| PHILADELPHIA FEDERAL   ) | |
| CREDIT UNION,   ) | **HEARING DATE:** |
|          Movant   ) | Tuesday, March 30, 2021 |
|       vs.   ) | 9:30 a.m. |
|       )  | |
| MUHAMMED K. ABBASI,   ) | **LOCATION:** |
| a/k/a MUHAMMAD ABBASI,   ) | U.S. Bankruptcy Court |
|         Respondent   ) | Eastern District of Pennsylvania |
|     and   ) | Courtroom #1 |
| WILLIAM C. MILLER   ) | 900 Market Street |
|         Trustee   ) | Philadelphia, PA 19107 |

**STIPULATION**

COME NOW, this _____ day of _____, 2021, *Muhammed K. Abbasi*, through Debtor's attorney, ***Brad J. Sadek, Esquire***, and Philadelphia Federal Credit Union ("PFCU") by and through its attorneys, Mester & Schwartz, P.C., hereby stipulate the following terms of settlement of the Motion for Relief from the Automatic Stay:

WHEREAS the Debtor owns a 2016 Dodge Truck Journey, V.I.N. 3C4PDCAB8GT164601 ("vehicle"); and

WHEREAS PFCU files a Motion for Relief from the Automatic Stay ("Motion") with respect to missed post-petition payments; and

WHEREAS the Debtor and PFCU seek to resolve the Motion; it is hereby stipulated and agreed that:

1.    The post-petition delinquency is $688.00 in attorney's fees and costs as of March 24, 2021.

2.    The Debtor shall cure post-petition arrears with six (6) monthly installments of $114.67, paid on the 19th of each month, together with regular monthly payment of $288.36, totaling $403.03, starting on April 19, 2021 through and including September 19, 2021.

3.    Thereafter, the Debtor shall remain current with regular monthly payments paid

- 1 -

directly to the Movant starting with the regular monthly payment of $429.12 due on October 19, 2021, and all such future payments due every month thereafter.

4.    If Debtor shall fail to make the regular monthly payment (or any portion thereof) or fail to make payment toward the curing of the arrears as set forth above and Debtor fails to cure said default within fifteen (15) days after notice by PFCU (or its counsel) of said default, counsel for PFCU may file a Certification of Default with the Court setting forth Debtor's default and PFCU shall be granted relief from the automatic stay provisions of Sections 362 of the Bankruptcy Code (11 U.S.C. § 362), and PFCU is then also free to proceed with exercising its rights and remedies as may be allowed under State and Federal law without regard to any future conversion of this matter to a different form of bankruptcy.   The Debtor shall be allowed to default and cure such default under this Stipulation one (1) time.   Should the Debtor default a second (2nd) time, notice of the default will be served, but the Debtor will not be granted an opportunity to cure the default and PFCU may file a Certification of Default.

5.    In the event Debtor converts to a bankruptcy under any Chapter other than Chapter 13 of the Bankruptcy Code, then Debtor shall pay all pre-petition arrears and post-petition arrears due and owing within fifteen (15) days from the date the case is converted from Chapter 13 to any other Chapter.   If Debtor fails to make payment in accordance with this paragraph, then PFCU, through counsel, may file a Certification of Default setting forth said failure and PFCU shall be granted relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362) and PFCU is then also free to proceed with exercising its rights and remedies as may be allowed under State and Federal law.

6.    The failure by PFCU, at any time, to issue a Notice of Default or file a Certification of Default upon default by the Debtor shall not be construed, nor shall such failure act, as a waiver of any of PFCU's rights hereunder.

7.    This Stipulation is a supplement and in addition to the Contract between the parties and not in lieu thereof.

8.    Facsimile signatures shall be accorded the same force and effect as an original signature, and may be submitted to the Court.

- 2 -

| Post-Petition Arrears: | $ 0.00 |
|---|---|
| Counsel Fees: | $ 688.00 |
| *Total:* | *$ 688.00* |

Philadelphia Federal Credit Union
By Counsel: Mester & Schwartz, P.C.

By: _____

Jas    Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

DATED: 3/25/21

Seen and agreed to -- We hereby consent to the form and entry of the foregoing Order.

**Debtor: Muhammed K. Abbasi**
By Counsel for Debtor: Brad J Sadek, Esquire

By: _____

Brad J. Sade , Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107
(215) 545-0008

- 3 -

DATED:

**Chapter 13 Trustee**

By: /s/ LeRoy W. Etheridge

     William C. Miller, Trustee
     P.O. Box 1229
     Philadelphia, PA 19105
     (215) 627-1377

** The Standing Trustee has indicated that he has
no objection to its terms without prejudice to any of
his rights and remedies, and has authorized us to affix
his electronic signature.

# O R D E R

The foregoing Stipulation is **APPROVED**.

Date: 4/5/21

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

- 4 -